IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| JETGLOBAL, LLC, a Delaware Limited Liability Company, )<br><br>Plaintiff, )<br><br>vs. )<br><br>AVIATION FINANCE GROUP, LLC., a Delaware Limited Liability Company, and CRAIG GARRICK )<br><br>Defendant. ) | Case No.<br>FILED: JUNE 30, 2008<br>08CV3723<br>JUDGE DARRAH<br>MAGISTRATE JUDGE VALDEZ<br>YM |

**PLAINTIFF'S LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Plaintiff JetGlobal, LLC, by and through its attorneys Derek Sarafa, William O'Neil and Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

JetGlobal is a Limited Liability Company whose sole member is BCI Aircraft Leasing, Inc.

Dated: June 30, 2008
Respectfully submitted,

/s/ Derek Sarafa
One of the Plaintiff's Attorneys

Derek J. Sarafa
William C. O'Neil
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (telephone)
(312-558-5700 (facsimile)