## United States District Court for the Northern District of Illinois

Case Number: 08cv3723  Assigned/Issued By: j. n.

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
      (Type of Writ)

_1_ Original and _0_ copies on _7-3-08_ as to _CRAIG GARRICK_
                               (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05