**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JETGLOBAL, LLC, | ) | |
| | ) | Case No. 08CV3723 |
| Plaintiff, | ) | |
| | ) | Judge Darrah |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| AVIATION FINANCE GROUP, LLC and | ) | |
| CRAIG GARRICK, | ) | |
| Defendants. | ) | |

## <u>NOTICE OF MOTION</u>

TO:    R. Bruce Duffield
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable

Judge John Darrah on July 10, 2008 at 9:00 A.M. in Courtroom 1203 in the Federal Office

Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead,

and present the Motion to Confirm Arbitration Award, a copy of which has been served upon

you.

Dated:  July 3, 2008

Respectfully submitted,

By:  /s/William C. O'Neil

Derek J. Sarafa – dsarafa@winston.com
William C. O'Neil – woneil@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

*Counsel for JetGlobal, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been personally served on the following counsel of record this 3rd day of July, 2008.

R. Bruce Duffield – bruce.duffield@bryancave.com
Bryan Cave LLP
Attn: R. Bruce Duffield
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315

/s/ William C. O'Neil