## United States District Court for the Northern District of Illinois

Case Number: 08cv3723                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
   (Type of Writ)

_1_ Original and _1_ copies on _7-3-08_ as to aviation finance group, llc
                              (Date)
_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05