# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv3723 | **DATE** | July 7, 2008 |
| **CASE TITLE** | JetGlobal v. Aviation Finance Group | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to confirm arbitration award [1] is entered and continued to September 10, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|