# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv3723 | **DATE** | July 17, 2008 |
| **CASE TITLE** | JetGlobal v. Aviation Finance Group et al. | | |

**DOCKET ENTRY TEXT:**

The parties' Agreed Motion to Confirm Arbitration Award [13] is entered and continued to September 10, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|