# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Samuel Der-Yeghiayan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3723 | **DATE** | 7/23/2008 |
| **CASE TITLE** | JetGlobal, LLC vs. Aviation Finance Group, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's emergency re-noticed hearing set for 07/23/08 [15] is hereby stricken for failure by Plaintiff to provide sufficient information regarding the emergency nature of the motion.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|