

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3723 | **DATE** | 8/6/2008 |
| **CASE TITLE** | JetGlobal, LLC vs. Aviation Finance Group, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/6/2008. Plaintiff's agreed motion to confirm arbitration award [13] is granted. Enter Order. The Final Award of Arbitrator William Hartgering dated June 19, 2008 and attached to JetGlobal's motion as Exhibit B is hereby confirmed. This Award shall be docketed as if it was rendered in this action and shall have the same force and effect, in all respects, as, and be subject to all the provisions of law relating to, a judgment in the action pursuant to 9 USC §13.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

FILED
2008 AUG -6 PM 4:34
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|