IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETGLOBAL, LLC, ) | |
| ) | 08 CV 3723 |
| Plaintiff, ) | |
| ) | Case No: 08-CV-3723 |
| v. ) | |
| ) | Judge Darrah |
| AVIATION FINANCE GROUP, LLC and ) | |
| CRAIG GARRICK, ) | Emergency Judge Castillo |
| ) | |
| Defendants. ) | |

## ORDER

This cause coming to be heard on Plaintiff JetGlobal, LLC's Agreed Motion to Confirm Arbitration Award having, upon consideration of the papers presented by the parties, and by agreement of counsel, for good cause appearing, it is hereby ordered that Plaintiff JetGlobal, LLC's Agreed Motion to Confirm Arbitration Award is granted. The Final Award of Arbitrator William Hartgering dated June 19, 2008 and attached to JetGlobal's motion as Exhibit B is hereby confirmed. This Award shall be docketed as if it was rendered in this action and shall have the same force and effect, in all respects, as, and be subject to all the provisions of law relating to, a judgment in the action pursuant to 9 USC § 13.

Dated this 6th day of August 2008

_____
Emergency Judge Ruben Castillo